

**Penobscot Bay**
**Medical Center**

OUTPATIENT PSYCHIATRY

12 Union Street
Rockland, ME 04841
Fax (207) 701-4485

(207) 701-4400
(800) 540-2072

15 Mid-Coast Drive
Belfast, ME 04915
Fax (207) 338-2388

June 4, 2015

To whom it may concern:

Mr. Bell is presently being treated for ADHD, Tourette's Syndrome as well as Major Depressive Disorder at Maine Behavioral Health. Due to stress at work and fatigue his symptoms are presently being exacerbated and he will require being off work today.

His present mental health issues are stable with medication, however he would benefit from having accommodations such as a regular work week.

If you have any questions please do not hesitate to contact me at 207-338-2295.

Sincerely

Judy Weitzel PMHNP-BC
Maine Healthcare
Belfast, Maine

TDD FOR HEARING IMPAIRED/ BELFAST (207) 338-5846/ ROCKLAND (207) 594-4975

PROVIDING SERVICES TO RESIDENTS OF MID-COAST MAINE FOR OVER 50 YEARS

EXHIBIT
2

Elizabeth Hetager, CCR
4-4-17
Alpha Reporting Service

LOA 045