UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRIAN BELL<br>Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES, LLC<br>Defendant, | )<br>)<br>)<br>) Civil No. 1:16-cv-00501-JDL<br>)<br>)<br>) |

## JUDGMENT

This matter came on for trial before the Court and a jury, Honorable Jon D. Levy presiding, and the issues having been duly tried and the jury having rendered its verdict on July 20, 2018;

JUDGMENT is hereby entered for Defendant O'Reilly Auto Enterprises, LLC against Plaintiff Brian Bell.

CHRISTA K. BERRY, CLERK

By:  /s/Margaret T. Melanson
     Deputy Clerk

Dated: July 23, 2018