# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| BRIAN BELL | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 1:16-cv-00501-JDL |
| O'REILLY AUTO ENTERPRISES, LLC, doing business as O'REILLY AUTO PARTS, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on Plaintiff Brian Bell's motion for a new trial (ECF No. 114).  After careful consideration, the motion is DENIED.

SO ORDERED.               Dated:  October 22, 2018

                                                                       /s/ JON D. LEVY
                                                            U.S. DISTRICT JUDGE