UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

BRIAN BELL,

    Plaintiff,

v.

O'REILLY AUTO ENTERPRISES, LLC, d/b/a
O'REILLY AUTO PARTS,

    Defendant.

CIVIL ACTION: 1:16-cv-00501-JDL

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Defendant, O'Reilly Auto Enterprises, LLC d/b/a O'Reilly Auto Parts, appeals to the United States Court of Appeals for the First Circuit the final judgment entered in this action on September 2, 2022. The deadline for filing this notice of appeal pursuant to Fed. R. App. P. 4(a)(4)(A)(v) was thirty (30) days from the date that the Court denied Defendant's Motion for New Trial or Remittitur. (ECF No. 267.)

DATED at Portland, Maine this 16th day of September, 2022.

/s/ Christopher C. Taintor
Christopher C. Taintor, Esq.
Trevor D. Savage, Esq.
*Attorneys for Defendant O'Reilly Auto Enterprises, LLC, d/b/a O'Reilly Auto Parts*

Norman, Hanson & DeTroy, LLC
Two Canal Plaza
P. O. Box 4600
Portland, ME 04112-4600
(207) 774-7000
ctaintor@nhdlaw.com
tsavage@nhdlaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

### Certificate of Service

I certify that on September 16, 2022, I made service of the foregoing document via the Court's electronic filing system on all counsel of record below.

/s/ Christopher C. Taintor
Christopher C. Taintor, Esq.
Trevor D. Savage, Esq.
*Attorneys for Defendant O'Reilly Auto Enterprises, LLC, d/b/a O'Reilly Auto Parts*

Norman, Hanson & DeTroy, LLC
Two Canal Plaza
P. O. Box 4600
Portland, ME 04112-4600
(207) 774-7000
ctaintor@nhdlaw.com