# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

# APPEAL COVER SHEET

| | |
|---|---|
| D.C. # 1:16-cv-00501-JDL | C.C.A. # |
| CASE TITLE: BELL v. O'REILLY AUTO ENTERPRISES LLC | |
| Name of Counsel for Appellant(s): | Christopher C. Taintor, Esq.<br>Robert W. Bower, Jr., Esq.<br>Trevor D. Savage, Esq. |
| Name of Counsel for Appellee(s): | Chad T. Hansen, Esq.<br>Martin Tartre, Esq.<br>Peter L. Thomas, Esq. |
| Name of Judge: | Jon D. Levy |
| Court Reporter(s) & Dates: | Dennis Ford: 9/15/17, 11/3/20, 3/3/21, 2/2/22, 7/20/22<br>Tammy Martell: 6/11/18, 7/29/21, 10/5/21, 10/25/21-10/28/21<br>FTR: 7/5/18<br>Julie Edgecomb: 7/10/18, 7/17/18, 9/30/21, 10/7/21<br>Melissa Merenberg: 7/16/18, 7/18/18, 7/19/18, 7/20/18 |
| Transcript Ordered? | ☐ Yes  ☒ No |
| Court Appointed Counsel? | ☐ Yes  ☒ No |
| Fee Paid? | ☒ Yes  ☐ No |
| In Forma Pauperis? | ☐ Yes  ☒ No |
| Motions Pending? | ☐ Yes  ☒ No |
| Guidelines Case? | ☐ Yes  ☒ No |
| Related Case on Appeal? | ☐ Yes  ☒ No |
| C. C. A. # (if available) | |

| Date of Last Appeal | |
|---|---|
| Special Comments: | |