*ATTACHMENT 1*

Bond Number: **107693943**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| BRIAN BELL,<br><br>      Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES, LLC,<br>d/b/a O'REILLY AUTO PARTS,<br><br>      Defendant. | CIVIL ACTION: 1:16-cv-00501-JDL |

## SUPERSEDEAS BOND

Know All Men by These Presents that **O'Reilly Auto Enterprises, LLC, d/b/a O'Reilly Auto Parts**, Defendant, as principal, and **Travelers Casualty and Surety Company of America** as Surety, are held and firmly bound unto **Brian Bell**, Plaintiff in the above entitled action, in the sum of **Nine Hundred Fifty-Four Thousand Two Hundred and No/100 Dollars ($954,200.00)** to be paid to the said **Brian Bell**, his heirs, successors, executors, administrators, and assigns, to which payment we bind ourselves jointly and severally;

Whereas, the court having ordered a stay of execution of, or any proceedings to enforce, the judgment rendered against **O'Reilly Auto Enterprises, LLC, d/b/a O'Reilly Auto Parts** pending the appeal of **O'Reilly Auto Enterprises, LLC, d/b/a O'Reilly Auto Parts** provided that said **O'Reilly Auto Enterprises, LLC, d/b/a O'Reilly Auto Parts** give a bond in the sum of **Nine Hundred Fifty-Four Thousand Two Hundred and No/100 Dollars ($954,200.00)**, conditioned for the satisfaction of the Judgment in full with interest and costs for the delay, if said Judgment is finally sustained;

Now, Therefore, the condition of this obligation is such that if the said **O'Reilly Auto Enterprises, LLC, d/b/a O'Reilly Auto Parts** shall prosecute the appeal and shall satisfy the judgment against it in full together with interest and costs for the delay, or shall satisfy in full any modification of the judgment and costs and interest as may be awarded, then this obligation is to be void; otherwise, it shall remain in full force and effect.

Dated: **September 28, 2022**

O'Reilly Auto Enterprises, LLC, d/b/a O'Reilly Auto Parts
Defendant, Principal

By: *Tamara F. Conn*

Travelers Casualty and Surety Company of America
Surety

By: *Amanda Turman-Avina*
Amanda Turman-Avina, Attorney-in-Fact

Approved this _____ day of _____, 2022.

_____
United States District Judge