UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRIAN BELL | ) |
| | ) |
| | ) |
| v. | ) CIVIL CASE NO. 1:16-cv-00501-JDL |
| | ) USCA NO. 22-01711 |
| | ) |
| O'REILLY AUTO ENTERPRISES LLC | ) |

## CLERK'S SECOND SUPPLEMENTAL CERTIFICATE

I, Christa K. Berry, Clerk of the United States District Court for the District of Maine, hereby certify that the following supplemental documents are hereby electronically transmitted, along with a copy of the docket entries to the First Circuit Court of Appeals:

> Documents Numbered: 276 –(Text only) ORDER granting 272 Motion to Stay, Motion Approval of Bond and Stay of Proceedings to Enforce Judgment

I hereby certify that the record and docket sheet available through ECF to be the certified record and docket entries, and that all non-electronic and sealed documents of record have been forwarded this date with a copy of this Certificate.

Non-Electronic Documents:

Sealed Documents:

Ex Parte Document:

Dated *October 25, 2022.*

                                              CHRISTA K. BERRY, Clerk

                                              By: /s/Charity Pelletier
                                                     Case Manager